UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF IOWA, CENTRAL DIVISION

| | |
|---|---|
| GLENN GOLDEN and G2 DATABASE MARKETING, INC.,<br>      Plaintiffs,<br>vs.<br>JONATHAN A. STEIN, dba LAW OFFICES OF JONATHAN STEIN<br>      Defendant. | Case No. 4:18-cv-00331-JAJ-CFB |
| JONATHAN STEIN, dba LAW OFFICES OF JONATHAN STEIN<br>      Counterclaimant,<br>vs.<br>GLENN GOLDEN and G2 DATABASE MARKETING, INC.<br>      Counterclaim defendants | **DECLARATION OF JONATHAN STEIN IN SUPPORT OF DEFENDANTS-IN-INTERVENTION** |
| GABRIELINO-TONGVA TRIBE,<br>      Intervenor Plaintiff<br>v.<br>JONATHAN STEIN, dba LAW OFFICES OF JONATHAN STEIN, LINDA HONG SUN STEIN, ST. MONICA DEVELOPMENT COMPANY, LLC, LAW OFFICES OF JONATHAN STEIN, P.C. and DOES 1 - 20<br>      Intervenor Defendants | **JONATHAN STEIN, LAW OFFICES OF JONATHAN STEIN, PC, AND ST. MONICA DEVELOPMENT COMPANY JOINT RULE 12(B) MOTION IN RESPONSE TO COMPLAINT-IN-INTERVENTION [DOC 355]** |

**I, JONATHAN A. STEIN, declare and swear:**

    1.   I am an attorney duly licensed to practice before all the courts of the State of California. I formerly did business as Law Offices of Jonathan Stein. I am also the President and

sole shareholder of Defendant-in-intervention Law Offices of Jonathan Stein, P.C. ("**LOJS PC**"). I am the 100% owner of the special purpose entity, Defendant-in-Intervention St. Monica Development Company, LLC ("**SMDC**"). The facts set forth in this declaration are true of my own knowledge, unless otherwise stated, and if called herein as a witness, I could and would testify competently thereto under oath.

2. Attached as **Stein Exhibit 1** is a true and correct copy of Plaintiff-in-Intervention Gabrielino-Tongva Tribe ("**GTT**") *Motion To Quash Bond Requirement,* filed on October 9, 2020 in Polk County District Court Case 05771-CVCV-060511 (the "**Polk County Action**"). The GTT Motion To Quash is accompanied by lengthy exhibits.

3. Attached as **Stein Exhibit 2** is a true and correct copy of the Dr. Alan Meister Declaration, a forensic accounting expert, filed in the Polk County Action.

4. In December 2018 and February 2019, when I made the partial Assignments #1 and #2 to Linda Hong Sun Stein, I was financially drained. I had underwritten the time-consuming work, expert fees, travel costs to EDLA and then IASD, and other third party costs of a three-year complex business litigation involving intellectual property, *Golden v Clear Advantage, Case 4:16-cv-0529*. I was paid a modest monthly retainer each month, and by the time the $2 million settlement was reached in September 2018, I was owed approximately $880,000 by Golden. In more than two years of litigation since September 2018, as I anticipated, my personal costs have mounted (malpractice insurance does not cover fee recovery actions). And as I anticipated, I have difficulty finding time to practice law and make a living. To maintain my ability to pay bills, I assigned my right, title and interest in part to the "**Federal Chose in Action**" (my Counterclaim in this lawsuit) and the "**Federal Deposit**" (the $880,000 deposited in this Court) with Assignments #1 and #2.

5. Linda and I got married late in life, have no children, and all of our property is separate property governed by a prenuptial agreement common in late-in-life marriages in California. According to the expert forensic accounting declaration filed by Dr. Meister in the Polk County Action (see Stein Exhibit 2), and according to my own records, Linda has already paid over

$640,000 for partial assignment of the Federal Chose In Action and the Federal Deposit. All payments to me were made in California, and I entered into Assignments #1 and #2 in California.

6. Linda Hong Sun Stein is not a judgment debtor in the GTT Judgment. However, GTT has now filed three different lawsuit naming her as defendant (to the same effect as if she were a judgment debtor). Two are in California and the third is the Intervenor Complaint before this Court. Attached as **Stein Exhibit 5** is a true and correct copy of the cover page of a litigation filed in Los Angeles County on or about January 8, 2021, by GTT against Linda and other named defendants. Attached as **Stein Exhibit 6** is a true and correct copy of the cover page of a litigation filed in Santa Barbara County on or about January 19, 2021 by GTT against Linda and other named defendants.

7. I am the 100% owner of SMDC, which is a special purpose entity that I used for the purposes of contracting with Plaintiff GT Tribe for casino development from 2001 to 2005. During this time, SMDC paid over $250,000 in reimbursable third party costs and billed over $2.7 million in fees under the SMDC Agreement with GT Tribe. It received back $133,000 in cost reimbursements and nothing for fees. SMDC prevailed against GTT in their litigation in 2011, but this judgment was reversed on appeal. The newer GTT Judgment now holds SMDC liable for well over $20 million and awards no unreimbursed costs and none of the $2.7 million in fees.

8. For the past 10 years, SMDC has had no active operations. It has been kept in good standing for the purpose of being a party to *GT Tribe v. Stein*, and hopefully collecting the $2.7 million amount owed by GT Tribe after a successful appeal of the GTT Judgment. To my knowledge, SMDC has nothing whatsoever to do with this lawsuit. SMDC was not a named party in the *Golden v. Stein* litigation. SMDC has no right, title or interest in the Federal Chose In Action or the Federal Deposit. It has no assignment of my interests therein, and is not party to Assignment #1 and #2.

9. Law Office of Jonathan Stein, PC ("**LOJS PC**") is a professional corporation associated with my law practice. Professional corporations are to my knowledge common among California lawyers and are specifically provided for by California statutes dedicated to that purpose. LOJS PC only began doing business in 2019, after the September 2018 termination date of the *Stein*

*Fee Agreement* with Glenn Golden and instigation of this lawsuit. To my knowledge, LOJS PC has no right, title or interest in the Federal Chose In Action or the Federal Deposit. It has no assignment of Jonathan's interests therein, and is not party to Assignment #1 and #2.

      10.    Attached as **Stein Exhibit 3** is a true and correct copy of the Polk County Action Clerk's Docket Transcript, filed in the Iowa Supreme Court on January 21, 2021.

      11.    Attached as **Stein Exhibit 4** is a true and correct copy of *Plaintiff Stein's Notice of Appeal* filed in the Iowa Supreme Court and dated January 11, 2021.

      12.    I have kept a spreadsheet of attorney's fees, unreimbursed costs, interest expenses and recoverable enforcement costs due under the *Stein Fee Agreement*. I have updated this spreadsheet in accordance with court orders, expert declarations and reports, as well as the passage of time. According to my current calculations, Golden owes approximately $1.5 million under the *Stein Fee Agreement*.

      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on March 9, 2021, at the City of Santa Barbara, California.

                                                        */s/ Jonathan A. Stein*
                                                          Jonathan A. Stein